# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2012

144579

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRENT HARRIS,
Plaintiff-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
Defendant-Third Party Plaintiff-Appellee,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
Third Party Defendant-Appellant.

SC: 144579
COA: 300256
Oakland CC: 2009-102219-NF

_____/

On order of the Court, the application for leave to appeal the December 27, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the plaintiff is entitled to a double recovery from both Auto Club Insurance Association and Blue Cross Blue Shield of Michigan of medical expenses arising from a motorcycle accident involving a motor vehicle.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2012

_____
Clerk

h0530